It is ordered and adjudged by this court, that the orders of the said Public Utilities Commission be, and the same are hereby, affirmed on authority of
 
 Royal Green Coach Co.
 
 v.
 
 Public Utilities Commission,
 
 110 Ohio St., 41, 143 N. E., 547;
 
 Sohngen, Recr.,
 
 v.
 
 Public Utilities Commission,
 
 115 Ohio St., 449, 154 N. E., 734; and
 
 Liberty Highway Co.
 
 v.
 
 Public Utilities Commission,
 
 128 Ohio St., 586, 193 N. E., 407.
 

 Orders affirmed.
 

 "Weygandt, . C.J., Stephenson, "Williams, Jones, Matthias, Day and Zimmerman, JJ., concur.